**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Western District Of Kentucky _____
(State)

Case number *(If known)*: _____    Chapter _7_

❑ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**    Burlington Civil, Inc.

2. **All other names debtor used in the last 8 years**    BCI; BCI Constructors; Industrial Fabrication & Coatings

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    3 5 – 2 1 0 1 3 6 4

4. **Debtor's address**

   **Principal place of business**

   2601 W. Fourth St.
   Number    Street

   Owensboro            KY    42301
   City            State    ZIP Code

   DAVIESS
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box 845
   P.O. Box

   Owensboro            KY    42301
   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State    ZIP Code

5. **Debtor's website** (URL)    www.bciconstructors.com

6. **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding  LLP)
   ❑ Other. Specify: _____

Debtor      Burlington Civil, Inc._____      Case number *(if known)*_____
                    Name

| 7. | **Describe debtor's business** |
|---|---|

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_2_ _3_ _6_ _2_

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |
|---|---|

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. |
|---|---|

☒ No

☐ Yes.   District _____   When _____   Case number _____
                                                    MM / DD / YYYY

            District _____   When _____   Case number _____
                                                    MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. |
|---|---|

☒ No

☐ Yes.   Debtor _____   Relationship _____

            District _____   When _____
                                                    MM  /  DD  / YYYY

            Case number, if known _____

Debtor    Burlington Civil, Inc._____    Case number *(if known)*_____
              Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Burlington Civil, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2019
             MM  / DD / YYYY

✖ /s/John R. Scheithe
Signature of authorized representative of debtor

John R. Scheithe
Printed name

Title President and sole shareholder

**18. Signature of attorney**

✖ /s/R. Stephen LaPlante
Signature of attorney for debtor
IN

Date  07/12/2019
      MM    / DD / YYYY

R. Stephen LaPlante
Printed name

LaPlante LLP
Firm name

101 NW 1st St., Ste. 116, P.O. Box 3556
Number        Street

Evansville                                    IN          47734-3556
City                                          State       ZIP Code

(812) 463-6093                                slaplante@laplantellp.com
Contact phone                                 Email address

8687-82                                       IN
Bar number                                    State

---

UNITED STATES BANKRUPTCY COURT
Western District of Kentucky

In re:

                                          Case No. BKY

Burlington Civil, Inc.,

Debtor(s)                                  Chapter 7 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

       I, John R. Scheithe, declare under penalty of perjury that I am the President and sole shareholder of Burlington Civil, Inc., a Indiana corporation and that on June 4, 2019 the following resolution was duly adopted by the President and sole shareholder of this corporation:

       \Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

       Be It Therefore Resolved, that John R. Scheithe, President and sole shareholder of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

       Be It Further Resolved, that John R. Scheithe, President and sole shareholder of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

       Be It Further Resolved, that John R. Scheithe, President and sole shareholder of this corporation, is authorized and directed to employ R. Stephen LaPlante, attorney and the law firm of LaPlante LLP to represent the corporation in such bankruptcy case.\

| Executed on: July 12, 2019 | Signed: /s/John R. Scheithe |
|---|---|
| | John R. Scheithe 1801 Mohawk Dr., Owensboro, KY 42301 (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
### Western District of Kentucky

In re **Burlington Civil, Inc.**

Case No.

Debtor.

Chapter **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Burlington Civil, Inc.** _____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

_**X**__ There are no entities to report.

By:/s/R. Stephen LaPlante _____
     R. Stephen LaPlante
     Signature of Attorney

     Counsel for
     Bar no.: **8687-82**
     Address.:**101 NW 1st St., Ste. 116, P.O.**
             **Box 3556**
             **Evansville, Indiana 47734-3556**
     Telephone No.:**(812) 463-6093**
     Fax No.:**(812) 463-6094**
     E-mail address:**slaplante@laplantellp.cor**

**Fill in this information to identify the case:**

Debtor name **Burlington Civil, Inc.**

United States Bankruptcy Court for the: **Western District of Kentucky**

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................ | $ **0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................... | $ **492,474.55**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..................................................... | $ **492,474.55**

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*............................ | $ **735,161.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................................... | $ **29,738.51**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..................... | **+** $ **2,600,822.40**

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b | $ **3,365,721.91**

---

**Fill in this information to identify the case:**

Debtor name **Burlington Civil, Inc.**

United States Bankruptcy Court for the: **Western District of Kentucky**

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BB&T | Savings | 3 3 7 4 | $16.61 |
| 3.2. | BB&T | Direct Deposit | 2 5 9 9 | $23.86 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | BB&T Operating Account 2548 | $1,770.08 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1** — $1,810.55

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | | $ |
|---|---|---|
| 7.2. | | $ |

Debtor    **Burlington Civil, Inc.**    Case number *(if known)*_____
_____
Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9.  **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☒ Yes. Fill in the information below.

   |  | Current value of debtor's interest |
   |---|---|

11. **Accounts receivable**

   11a. 90 days old or less:    **$49,824.00** _____ – **$0.00** _____ = ........ ➔    $49,824.00
   face amount                       doubtful or uncollectible accounts

   11b. Over 90 days old:    **$0.00** _____ – **$0.00** _____ = ........ ➔    $0.00
   face amount                       doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $49,824.00

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   |  | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____    _____    $_____

   14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:    % of ownership:

   15.1._____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  Burlington Civil, Inc.
        Name

Case number (if known)_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   $_____

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    Burlington Civil, Inc.
          _____
          Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office furniture | $Unknown | FMV | $12,000.00 |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Copiers, TVs, computers and software | $Unknown | FMV | $7,350.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$19,350.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor  **Burlington Civil, Inc.**
Name

Case number *(if known)*_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Vehicles - see attached list** | $15,255.00 | FMV | $47,980.00 |
| 47.2 **2014 Chevrolet Silverado 1500** | $12,285.00 | FMV | $8,600.00 |
| 47.3 **2016 Chevrolet Silverado 1500** | $20,427.00 | FMV | $18,750.00 |
| 47.4 **2017 Chevrolet Silverado 1500** | $32,064.00 | FMV | $25,860.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.** **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Equipment - see attached list** | $101,883.00 | FMV | $305,300.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $406,490.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor   **Burlington Civil, Inc.**
         Name

Case number *(if known)*_____

---

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 **Business premises 2601 W. 4th St.** | **Leasehold** | $**Unknown** | | $**Unknown** |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$**0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Part 10: | **Intangibles and Intellectual Property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    **Burlington Civil, Inc.**    Case number *(if known)*_____
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ − _____ = ➜  $_____
                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim    _____

Amount requested_   $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Miscellaneous hand tools**_____  $**15,000.00**

_____  $**0.00**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $**15,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    **Burlington Civil, Inc.** _____    Case number *(if known)*_____
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,810.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $49,824.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $19,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $406,490.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $492,474.55 | + 91b. $0.00 |

92.    **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ......................................................... $492,474.55

**Burlington Civil, Inc.**

| Year | Description | Estimated Value |
|------|-------------|-----------------|
| 1978 | Clark Forklift, 11,000 Lb Capacity, Rebuilt Jasper Engine, Unit refurbished | $ 12,000.00 |
| 2008 | JD310SJ Backhoe, with forks | $ 35,000.00 |
| 2008 | Link Belt LB160 Excavator w/ Mech. Thumb | $ 68,500.00 |
| 2009 | Linde H35T Forklift, 8,000 Lb Capacity | $ 7,500.00 |
| 2010 | 6 Ton Pintle Trailer | $ 3,000.00 |
| 2013 | Lark Enclosed Box Trailer | $ 2,500.00 |
| 2014 | JD50G Mini-Excavator w/ Cab and Hyd. Thumb | $ 52,500.00 |
| 2016 | Gator Made Gooseneck Trailer | $ 6,800.00 |
| 2017 | JD 36" Excavator Rock Bucket | $ 6,000.00 |
| 2017 | Virnig PUB72 SSL Street Sweeper for Skidsteer | $ 4,000.00 |
| 2018 | Lark Enclosed Box Trailer | $ 2,500.00 |
| | | |
| 1978 | Carlton Radial Arm Drill | $ 2,500.00 |
| 2006 | Curtis R/S 50, 212 CFM Screw Type Air Compressor w/ Skid and Receiver Tank Refurbished 2014, Like New | $ 8,500.00 |
| 2008 | Atlas Copco XAS 49HP 185 CFM Air Compressor | $ 3,500.00 |
| 2014 | Lincoln Electric Power Wave 55 | $ 5,500.00 |
| 2014 | Lincoln Electric Power Wave 55 | $ 5,500.00 |
| 2014 | Lincoln Electric V350Pro 4 Pack Unit w/ 4 ea LF72 Wire Feeders | $ 14,100.00 |
| 2016 | Hotsy 1075BE Pressure Washer w/ Steam, Like New | $ 5,500.00 |
| | | |
| 1979 | 7510 American Crane Parts | $ 60,000.00 |
| | | $ 305,400.00 |

**Burlington Civil, Inc.**

| Year | Description | | Estimated Value |
|------|-------------|---|---------------|
| 2009 | GMC Sierra 1500 | $ | 8,250.00 |
| 2013 | Chevy Silvarado 3500 (1-Ton) w/ Fifth Wheel and Flat Bed | $ | 18,500.00 |
| 2014 | Chevy Silvarado 1500 | $ | 8,600.00 |
| 2015 | Chevy Silvarado 1500 | $ | 21,230.00 |
| 2016 | Chevy Silvarado 1500 | $ | 18,750.00 |
| 2017 | Chevy Silvarado 1500 | $ | 25,860.00 |
| | | $ | 101,190.00 |

**Fill in this information to identify the case:**

Debtor name __Burlington Civil, Inc.__

United States Bankruptcy Court for the: __Western District of Kentucky__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
__Branch Banking and Trust Company__

Describe debtor's property that is subject to a lien
__Blanket security interest in all assets__      $650,000.00      $492,474.55

Creditor's mailing address
__230 Frederica St.__
__Owensboro, Kentucky 42301__

Describe the lien
__Line of credit - financing statement filed 8/21/13__

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    __8/21/13__

Last 4 digits of account number    __8__ __7__ __1__ __5__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

---

**2.2** Creditor's name
__Branch Banking and Trust Company__

Describe debtor's property that is subject to a lien
__1979 American Crane__      $23,000.00      $60,000.00

Creditor's mailing address
__230 Frederica St.__
__Owensboro, Kentucky 42301-3003__

Describe the lien
__Purchase-Money Security Interest__

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred    __4/12/16__

Last 4 digits of account number    __8__ __7__ __1__ __6__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $735,161.00

Debtor  Burlington Civil, Inc.                                          Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**

Branch Banking and Trust Company

**Creditor's mailing address**

230 Frederica St.
Owensboro, Kentucky 42301

**Creditor's email address, if known**

_____

**Date debt was incurred**  8/21/13
**Last 4 digits of account number**   8   7   1   5

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
    1:Wells Fargo Auto; 2:Branch Banking and Trust Company
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 Chevrolet Silverado 1500
_____
_____

**Describe the lien**
Line of credit (see 2.1 above)
**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____   Column B: $8,600.00

---

**2.4**

**Creditor's name**

Branch Banking and Trust Company

**Creditor's mailing address**

230 Frederica St.
Owensboro, Kentucky 42301

**Creditor's email address, if known**

_____

**Date debt was incurred**  8/21/13
**Last 4 digits of account number**   8   7   1   5

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
    1:Wells Fargo Auto; 2:Branch Banking and Trust Company
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Chevrolet Silverado 1500
_____
_____

**Describe the lien**
Line of credit (see 2.1 above)
**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____   Column B: $18,750.00

---

Debtor  Burlington Civil, Inc.
        Name                                                              Case number (if known)

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

Branch Banking and Trust Company

**Creditor's mailing address**

230 Frederica St.
Owensboro, Kentucky 42301

**Creditor's email address, if known**

Date debt was incurred    8/21/13

Last 4 digits of account number    8  7  1  5

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    1:Wells Fargo Auto; 2:Branch Banking and Trust Company

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2017 Chevrolet Silverado 1500

$_____        $25,860.00

**Describe the lien**
Line of credit (see 2.1 above)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name

Wells Fargo Auto

**Creditor's mailing address**

MAC T9017-026, P.O. Box 168048
Irving, Texas 75016-8048

**Creditor's email address, if known**

Date debt was incurred    11/14/16

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**

2014 Chevrolet Silverado 1500

$11,380.00        $8,600.00

**Describe the lien**
Purchase-Money Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Burlington Civil, Inc.
          Name

Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** | **Creditor's name**

Wells Fargo Auto

**Creditor's mailing address**

MAC T9017-026, P.o. Box 168048
Irving, Texas 75016-8048

**Creditor's email address, if known**

_____

**Date debt was incurred** 9/27/16

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**

2016 Chevrolet Silverado 1500    $18,149.00    $18,750.00

**Describe the lien**

Purchase-Money Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** | **Creditor's name**

Wells Fargo Auto

**Creditor's mailing address**

MAC T9017-026, P.O. Box 168048
Irving, Texas 75016-8048

**Creditor's email address, if known**

_____

**Date debt was incurred** 12/4/17

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____
   _____

   ☒ Yes. The relative priority of creditors is specified on lines 2.5

**Describe debtor's property that is subject to a lien**

2017 Chevrolet Silverado 1500    $32,632.00    $25,860.00

**Describe the lien**

Purchase-Money Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Burlington Civil, Inc.                                                    Case number *(if known)*_____
_____Name

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor ___Burlington Civil, Inc.___

United States Bankruptcy Court for the: ___Western District of Kentucky___

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Carpenters Local 224

5370 Covert Ct.

Newburgh, Indiana 47630

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (__5__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Contrib. to Emp. Benefit Plans

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $Unknown    Priority amount: $Unknown

**2.2** Priority creditor's name and mailing address
Commonwealth of Kentucky, Dept. of Revenue

Legal Support Branch, P.O. Box 5222

Frankfort, Kentucky 40602

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes and Other Government Debts

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $Unknown    Priority amount: $Unknown

**2.3** Priority creditor's name and mailing address
Idaho State Tax Commission

P.O. Box 36

Boise, Idaho 83722-0410

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes and Other Government Debts

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $Unknown    Priority amount: $Unknown

Debtor  Burlington Civil, Inc.
        Name                                                            Case number (if known)

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** Priority creditor's name and mailing address

IN/KY/OH Regional Council of Carpenters
Local 1076, 771 Greenwood Springs Dr.
Greenwood, Indiana 46143

$9,289.22          $9,289.22

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contrib. to Emp. Benefit Plans

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5    )

---

**2.5** Priority creditor's name and mailing address

Indiana Department of Revenue
100 N. Senate Ave., Rm. N203-Bankruptcy
Indianapolis, Indiana 46204

$Unknown          $Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8    )

---

**2.6** Priority creditor's name and mailing address

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

$Unknown          $Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8    )

---

**2.7** Priority creditor's name and mailing address

Ironworkers Local 103
5313 Old Boonville Hwy.
Evansville, Indiana 47715

$2,428.82          $2,428.82

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Contrib. to Emp. Benefit Plans

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5    )

---

Debtor  Burlington Civil, Inc.
        Name

Case number (if known)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.8** Priority creditor's name and mailing address

$3,325.31            $3,325.31

IUOE Local 03

8805 S. Sandy Parkway

Sandy, Utah 84070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5____)

---

**2.9** Priority creditor's name and mailing address

$Unknown            $Unknown

IUOE Local 181

700 N. Elm St.

Henderson, Kentucky 42419-0034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5____)

---

**2.10** Priority creditor's name and mailing address

$Unknown            $Unknown

Kentucky Dept. of Revenue PVA

501 High St., 4th Fl, Station 32

Frankfort, Kentucky 40601-2103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
2018-19 personal property tax

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (6____)

---

**2.11** Priority creditor's name and mailing address

$Unknown            $Unknown

Kentucky Office of Unemployment Insurance

275 E. Main St., 2WB

Frankfort, Kentucky 40601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Taxes and Other Government Debts

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8____)

---

Debtor  Burlington Civil, Inc.
     Name

Case number *(if known)* _____

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.12** Priority creditor's name and mailing address

$13,128.08     $13,128.08

Plumbers and Pipefitters Local 633
3128 Alvey Park Dr. W.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5____)

---

**2.13** Priority creditor's name and mailing address

$1,567.08     $1,567.08

Southwest Regional Council of Carpenters
Local 801, 533 S. Fremont Ave., 10th Fl.
Los Angeles, California 90071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Contrib. to Emp. Benefit Plans

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (5____)

---

**2.14** Priority creditor's name and mailing address

$Unknown     $Unknown

Tennessee Dept. of Labor and Workforce Dev.
220 French Landing Dr.
Nashville, Tennessee 37243

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____)

---

**2.15** Priority creditor's name and mailing address

$Unknown     $Unknown

Utah Dept. Workforce Services
P.O. Box 45249
Salt Lake City, Utah 84145-0249

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8____)

---

Debtor __Burlington Civil, Inc._____    Case number *(if known)* _____
        Name

| **Part 1.** | **Additional Page** |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.16** Priority creditor's name and mailing address            $Unknown          $Unknown

Utah State Tax Commission

Taxpayer Services, 210 N. 1950 W.

Salt Lake City, Utah 84134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Taxes and Other Government Debts

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_8___)

---

**2.17** Priority creditor's name and mailing address            $_____          $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.18** Priority creditor's name and mailing address            $_____          $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.19** Priority creditor's name and mailing address            $_____          $_____

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

A.B.C. Rental Center, Inc.

1301 Daviess St.

Owensboro, Kentucky 42303

Date or dates debt was incurred    3/27/19

Last 4 digits of account number    2 4 0 9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.2**

Nonpriority creditor's name and mailing address

Ace's Sporting Goods

1265 Highway 3543

Hawesville, Kentucky 42348

Date or dates debt was incurred    3/18/19

Last 4 digits of account number    1 8 1 9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.3**

Nonpriority creditor's name and mailing address

Airgas USA, LLC

P.O. Box 9249

Marietta, Georgia 30065-2249

Date or dates debt was incurred    4/30/19

Last 4 digits of account number    8 6 3 4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open accounts

Is the claim subject to offset?
☒ No
☐ Yes

$3,717.00

---

**3.4**

Nonpriority creditor's name and mailing address

All-Star Waste Services, Inc.

P.O. Box 104

Maceo, Kentucky 42355

Date or dates debt was incurred    4/11/19

Last 4 digits of account number    3 4 3 0

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$1,645.28

---

**3.5**

Nonpriority creditor's name and mailing address

American Engineers, Inc.

65 Aberdeen Dr.

Glasgow, Kentucky 42141

Date or dates debt was incurred    3/31/19

Last 4 digits of account number    4 3 0 6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open accounts

Is the claim subject to offset?
☒ No
☐ Yes

$2,367.64

---

**3.6**

Nonpriority creditor's name and mailing address

American Express

P.O. Box 981535

El Paso, Texas 79998-1535

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit card

Is the claim subject to offset?
☒ No
☐ Yes

$Unknown

Debtor  Burlington Civil, Inc.                                                    Case number *(if known)*
        Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | Nonpriority creditor's name and mailing address

American Society of Civil Engineers

1801 Alexander Bell Dr.
Reston, Virginia 20191

Date or dates debt was incurred   9/20/18

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$Notice Only

---

**3.8** | Nonpriority creditor's name and mailing address

Austin Insulation, LLC

745 Corrine Ave.
Memphis, Tennessee 38107

Date or dates debt was incurred   4/15/19

Last 4 digits of account number   9  9  5  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$Notice Only

---

**3.9** | Nonpriority creditor's name and mailing address

A-West Side Towing

2029 Lancaster Ave.
Owensboro, Kentucky 42301

Date or dates debt was incurred   3/15/19

Last 4 digits of account number   4  2  1  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$Notice Only

---

**3.10** | Nonpriority creditor's name and mailing address

Barnhart

1120 Ewing Rd.
Owensboro, Kentucky 42301

Date or dates debt was incurred   3/21/19

Last 4 digits of account number   6  8  4  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$Notice Only

---

**3.11** | Nonpriority creditor's name and mailing address

Barricade Services & Sales, Inc.

P.O. Box 1406
West Jordan, Utah 84084

Date or dates debt was incurred   3/6/19

Last 4 digits of account number   7  7  9  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,853.81

---

Debtor  Burlington Civil, Inc.
    Name

Case number (if known)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

Big River Rubber & Gasket Co., Inc.

214 W. 10th St.
Owensboro, Kentucky 42302-0369

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred  5/2/19
Last 4 digits of account number  - _ 0 0 1

Is the claim subject to offset?
☒ No
☐ Yes

$1,000.83

**3.13** Nonpriority creditor's name and mailing address

Black Equipment Co., Inc.

1187 Burch Dr.
Evansville, Indiana 47725

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  9/6/18
Last 4 digits of account number  1 0 9 5

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

**3.14** Nonpriority creditor's name and mailing address

Blue Moon Environmental

140 Luke Mercer Rd.
Reynolds Station, Kentucky 42368

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  4/2/19
Last 4 digits of account number  1 1 1 1

Is the claim subject to offset?
☒ No
☐ Yes

$318.00

**3.15** Nonpriority creditor's name and mailing address

Booker Electric

220 Hamilton Ave.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$6,810.50

**3.16** Nonpriority creditor's name and mailing address

Booker's Service Station

2821 W. Parrish Ave.
Owensboro, Kentucky 42301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  4/15/19
Last 4 digits of account number  N o n e

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

Debtor ___Burlington Civil, Inc._____    Case number *(if known)* _____
 Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Bowen Thread Auto Service

501 Triplett St.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

$Notice Only

Date or dates debt was incurred    4/10/19

Last 4 digits of account number    5  5  6  4

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Branch Banking and Trust Company

230 Frederica St.
Owensboro, Kentucky 42301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guaranty

$28,788.00

Date or dates debt was incurred    11/10/17

Last 4 digits of account number    5  2  6  4

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Branch Banking and Trust Company

230 Frederica St.
Owensboro, Kentucky 42301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guaranty-AKS Holdings

$450,000.00

Date or dates debt was incurred    5/29/18

Last 4 digits of account number    9  0  1  0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Business Equipment Dist., Inc.

275 Klutey Park Plaza Dr.
Henderson, Kentucky 42420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$410.20

Date or dates debt was incurred    3/28/19

Last 4 digits of account number    7  9  5  9

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Canon Financial Services, Inc.

P.O. Box 5008
Mt. Laurel, New Jersey 08054

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

$169.16

Date or dates debt was incurred    5/13/19

Last 4 digits of account number    1  6  7  1

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Burlington Civil, Inc.                                        Case number *(if known)*_____
          Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Carter Lumber/Kight Lumber

2301 Windhaven Dr.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred    2/11/19

Last 4 digits of account number    0 0 0 1

Is the claim subject to offset?
☒ No
☐ Yes

$ Notice Only

---

**3.23** Nonpriority creditor's name and mailing address

CES, LLC

18038 Belgium St.
Leopold, Indiana 47551

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    3/18/19

Last 4 digits of account number    0 2 6 1

Is the claim subject to offset?
☒ No
☐ Yes

$1,625.00

---

**3.24** Nonpriority creditor's name and mailing address

Cintas Corporation

7233 Enterprise Park Dr.
Evansville, Indiana 47715

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    4/29/19

Last 4 digits of account number    1 8 3 3

Is the claim subject to offset?
☒ No
☐ Yes

$923.68

---

**3.25** Nonpriority creditor's name and mailing address

City of Hawesville

359 Main St.
Hawesville, Kentucky 42348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 11/9/17 contract

Date or dates debt was incurred    11/9/17

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Notice Only

---

**3.26** Nonpriority creditor's name and mailing address

City of Orem

56 N. State St.
Orem, Utah 84057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract 11/14/18

Date or dates debt was incurred    11/14/18

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Notice Only

---

Debtor  Burlington Civil, Inc.                                Case number *(if known)*_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.80
Clean Green Porta Potties, LLC
*Check all that apply.*
☐ Contingent
☐ Unliquidated
P.O. Box 21622
☐ Disputed
Owensboro, Kentucky 42304
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

Date or dates debt was incurred      2/5/19          **Is the claim subject to offset?**
Last 4 digits of account number      4  4  7  1       ☒ No
                                                      ☐ Yes

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,840.00
Comfort Design Heating & A/C, Inc.
*Check all that apply.*
☐ Contingent
1330 Burlew Blvd.
☐ Unliquidated
Owensboro, Kentucky 42303
☐ Disputed

**Basis for the claim:** Draws per contract

Date or dates debt was incurred      3/28/19         **Is the claim subject to offset?**
Last 4 digits of account number      F  o  r  d       ☒ No
                                                      ☐ Yes

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,067.00
Commercial Door and Hardware
*Check all that apply.*
☐ Contingent
1117 N. 8th St.
☐ Unliquidated
Paducah, Kentucky 42001
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred      4/26/19         **Is the claim subject to offset?**
Last 4 digits of account number      1  8  2  6       ☒ No
                                                      ☐ Yes

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $Notice Only
Commonwealth of Kentucky, Finance & Adm. Cabinet
*Check all that apply.*
☐ Contingent
403 Wapping St. Bush Bldg., 1st Fl.
☐ Unliquidated
Frankfort, Kentucky 40601-2638
☐ Disputed

**Basis for the claim:** 9/28/18 contract

Date or dates debt was incurred      9/28/18         **Is the claim subject to offset?**
Last 4 digits of account number      ___ ___ ___ ___  ☒ No
                                                      ☐ Yes

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,182.59
Consolidated Pipe & Supply Co., Inc.
*Check all that apply.*
☐ Contingent
768 Interstate Dr.
☐ Unliquidated
Bowling Green, Kentucky 42101
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred      5/21/19         **Is the claim subject to offset?**
Last 4 digits of account number      0  5  5  2       ☒ No
                                                      ☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

### 3.32

**Nonpriority creditor's name and mailing address**

Culy Contracting, LLC

5 Industrial Park Dr.
Winchester, Indiana 47394

Date or dates debt was incurred    5/9/19

Last 4 digits of account number    7  1  0  5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $3,500.00

---

### 3.33

**Nonpriority creditor's name and mailing address**

D & D Global

2672 Rock Ridge Dr.
Rock Valley, Iowa 51247

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $12,460.00

---

### 3.34

**Nonpriority creditor's name and mailing address**

Double D Electrical & Instrumentation, Inc.

1321 S. Earl Dr., Ste. A
Salt Lake City, Utah 84104

Date or dates debt was incurred    4/15/19

Last 4 digits of account number    2  3  6  1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $70,943.13

---

### 3.35

**Nonpriority creditor's name and mailing address**

EBN Construction & Industrial Supplies

1701 E. Columbia St.
Evansville, Indiana 47711

Date or dates debt was incurred    2/14/19

Last 4 digits of account number    7  0  1  6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $3,500.64

---

### 3.36

**Nonpriority creditor's name and mailing address**

Edwards Concrete Construction, Inc.

1550 Yokel Rd.
Evansville, Indiana 47711

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $1,180.00

---

Debtor    Burlington Civil, Inc.
          Name                                                        Case number (if known)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

EFCO

1000 County Rd.
Monett, Missouri 65708

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$2,185.20

---

**3.38** Nonpriority creditor's name and mailing address

Elder Pipe & Supply Co., Inc.

1615 Sweeney St.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$62.96

---

**3.39** Nonpriority creditor's name and mailing address

Empire Supply, LLC

1904 Ragu Dr.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    4/1/19

Last 4 digits of account number    3  3  9  0

Is the claim subject to offset?
☒ No
☐ Yes

$1,680.25

---

**3.40** Nonpriority creditor's name and mailing address

Enviro-Care

1570 St. Paul Ave.
Gurnee, Illinois 60031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$12,070.10

---

**3.41** Nonpriority creditor's name and mailing address

Erosion Resources & Supply, Inc.

900 N. Baker Rd.
Boonville, Indiana 47601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$826.80

---

Debtor  Burlington Civil, Inc.                                          Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Fastenal

1627 Sweeney St.
Owensboro, Kentucky 42303

Date or dates debt was incurred          9/20/18
Last 4 digits of account number          1  9  1  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Credit balance

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.43** Nonpriority creditor's name and mailing address

Ferguson Waterworks

1492 S. 4450 W.
Salt Lake City, Utah 84104-5022

Date or dates debt was incurred          1/4/19
Last 4 digits of account number          8  3  5  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$115,845.26

---

**3.44** Nonpriority creditor's name and mailing address

First Insurance

450 Skokie Blvd., Ste. 1000
Northbrook, Illinois 60062

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$3,905.02

---

**3.45** Nonpriority creditor's name and mailing address

Gardner Engineering & Consulting, PLLC

1030 Burlew Blvd., Bldg. B, Ste. 2
Owensboro, Kentucky 42303

Date or dates debt was incurred          3/5/19
Last 4 digits of account number          5  5  0  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$1,665.00

---

**3.46** Nonpriority creditor's name and mailing address

Geneva Pipe

1465 W. 400 N.
Orem, Utah 84057

Date or dates debt was incurred          2/27/19
Last 4 digits of account number          R  7  5  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$15,820.95

---

Debtor  Burlington Civil, Inc.                                    Case number (if known)
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Geneva Rock Products

302 W 5400 S Ste. 200

Murray, Utah 84107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$55,582.75

---

**3.48** Nonpriority creditor's name and mailing address

Gerdts Concrete

3950 S. 500 W.

Millcreek, Utah

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  3/26/19

Last 4 digits of account number  6  5  -  2

Is the claim subject to offset?
☒ No
☐ Yes

$9,260.50

---

**3.49** Nonpriority creditor's name and mailing address

German American Insurance

P.O. Box 360

Jasper, Indiana 47547-0360

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$5,185.56

---

**3.50** Nonpriority creditor's name and mailing address

Goedecke Construction Equipment and Supplies

812 E. Taylor Ave.

St. Louis, Missouri 63147

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred  3/5/19

Last 4 digits of account number  1  8  5  3

Is the claim subject to offset?
☒ No
☐ Yes

$5,585.02

---

**3.51** Nonpriority creditor's name and mailing address

Granger-Hunter Improvement District

2888 S. 3600 W.

West Valley City, Utah 84119

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contract

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

Debtor      Burlington Civil, Inc.                                        Case number *(if known)*
            Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Great American Insurance Group

P.O. Box 5425
Cincinnati, Ohio 45201-5425

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Surety on bonded jobs

Is the claim subject to offset?
☒ No
☐ Yes

$Unknown

---

**3.53** Nonpriority creditor's name and mailing address

Greenwell Chisholm Printing Company

211 W. 9th St.
Owensboro, Kentucky 42303

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$519.97

---

**3.54** Nonpriority creditor's name and mailing address

Hagerty Steel & Aluminum Company

601 N. Main St.
East Peoria, Illinois 61611-6130

Date or dates debt was incurred    1/11/19
Last 4 digits of account number    4  6  3  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.55** Nonpriority creditor's name and mailing address

Hancock County Ready Mixed

P.O. Box 2000
Owensboro, Kentucky 42302-2000

Date or dates debt was incurred    4/22/19
Last 4 digits of account number    1  4  4  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$12,211.20

---

**3.56** Nonpriority creditor's name and mailing address

Hannan Supply Co.

P.O. Box 270
Paducah, Kentucky 42001-0270

Date or dates debt was incurred    4/23/19
Last 4 digits of account number    6  1  3  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

Debtor   Burlington Civil, Inc.

Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Harper Precast

P.O. Box 18549

Salt Lake City, Utah

Date or dates debt was incurred   2/14/19

Last 4 digits of account number   3 1 4 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$19,964.89

---

**3.58** Nonpriority creditor's name and mailing address

Heritage - Crystal Clean

2700 East Side Park Rd.

Evansville, Indiana 47715

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$2,902.27

---

**3.59** Nonpriority creditor's name and mailing address

Honey Bucket

P.O. Box 73399

Puyallup, Washington 98373-0399

Date or dates debt was incurred   4/9/19

Last 4 digits of account number   4 3 1 4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$630.67

---

**3.60** Nonpriority creditor's name and mailing address

Hospice of Western Kentucky

3419 Wathens Crossing

Owensboro, Kentucky 42301

Date or dates debt was incurred   5/1/19

Last 4 digits of account number   N o n e

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.61** Nonpriority creditor's name and mailing address

HP Thompson Companies

101 Main St., Ste. 300

Milford, Ohio 45150

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$12,070.10

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** Nonpriority creditor's name and mailing address

Imperial Fastener & Industrial Supply Co.

5318 Victory Dr.
Indianapolis, Indiana 46203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

Date or dates debt was incurred    2/18/19

Last 4 digits of account number    4  0  0  6

Is the claim subject to offset?
☒ No
☐ Yes

$1,302.12

---

**3.63** Nonpriority creditor's name and mailing address

Industrial Trade Services

111 S. 1st St.
Monmouth, Illinois 61462

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$2,966.45

---

**3.64** Nonpriority creditor's name and mailing address

Integrity Testing & Inspection, Inc.

3861 Vincent Station Dr.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred    4/8/19

Last 4 digits of account number    0  0  4  4

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.65** Nonpriority creditor's name and mailing address

Irving Materials, Inc.

1440 Selinda Ave.
Louisville, Kentucky 40213-1954

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred    3/21/19

Last 4 digits of account number    1  3  3  9

Is the claim subject to offset?
☒ No
☐ Yes

$14,227.62

---

**3.66** Nonpriority creditor's name and mailing address

J. H. Botts, LLC

253 Bruce St.
Joliet, Illinois 60432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred    3/11/19

Last 4 digits of account number    9  2  6  9

Is the claim subject to offset?
☒ No
☐ Yes

$949.34

---

Debtor  Burlington Civil, Inc.
Name

Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67** | Nonpriority creditor's name and mailing address

J. I. Hass Company, Inc.

P.O. Box 1635
Owensboro, Ken 42302-1635

Date or dates debt was incurred     4/26/19
Last 4 digits of account number    0   4   1   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$4,803.85

---

**3.68** | Nonpriority creditor's name and mailing address

John and Angela Scheithe

1801 Mohawk Dr.
Owensboro, Kentucky 42301

Date or dates debt was incurred     2013
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loans to corporation

Is the claim subject to offset?
☒ No
☐ Yes

$750,000.00

---

**3.69** | Nonpriority creditor's name and mailing address

John Deere Financial

P.O. Box 6630
Johnston, Iowa 50131

Date or dates debt was incurred     _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Revolving line of credit

Is the claim subject to offset?
☒ No
☐ Yes

$Unknown

---

**3.70** | Nonpriority creditor's name and mailing address

KCIT

120 W. State St.
Frankfort, Kentucky 40601

Date or dates debt was incurred     _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☒ No
☐ Yes

$4,772.18

---

**3.71** | Nonpriority creditor's name and mailing address

Kentucky Testing, Inc.

100 Muirfield Dr.
Princeton, Kentucky 42445

Date or dates debt was incurred     4/12/19
Last 4 digits of account number    1   9   __   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Open account

Is the claim subject to offset?
☒ No
☐ Yes

$835.00

---

Debtor    Burlington Civil, Inc.
      Name

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Komatsu Equipment

1486 S. Distribution Dr.
Salt Lake City, Utah 84104

Date or dates debt was incurred     3/19/19
Last 4 digits of account number    1 0 0 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$7,196.08

---

**3.73** Nonpriority creditor's name and mailing address

L & W Supply Corporation

1515 E. 9th St.
Owensboro, Kentucky 42303

Date or dates debt was incurred     4/30/19
Last 4 digits of account number    6 9 2 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$1,215.01

---

**3.74** Nonpriority creditor's name and mailing address

Lone Peak Masonry, LLC

404 E. Azure Circle
Draper, Utah 84020

Date or dates debt was incurred     1/24/19
Last 4 digits of account number    1 2 3 5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$17,843.10

---

**3.75** Nonpriority creditor's name and mailing address

Lykins Reinforcing, Inc.

P.O. Box 21325
Louisville, Kentucky 40221

Date or dates debt was incurred     11/30/18
Last 4 digits of account number    0 - # 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Draws per contract

Is the claim subject to offset?
☒ No
☐ Yes

$9,100.00

---

**3.76** Nonpriority creditor's name and mailing address

Malone Lumber

204 W. Depot St.
Greenville, Kentucky 42345

Date or dates debt was incurred     _____
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$5,158.56

---

Debtor   Burlington Civil, Inc.
         Name

Case number *(if known)*_____

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** | Nonpriority creditor's name and mailing address

McElroy Metal

17031 Koala Rd.
Adelanto, California 92301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,180.00

---

**3.78** | Nonpriority creditor's name and mailing address

McMaster-Carr Supply Company

P.O. Box 4355
Chicago, Illinois 60680-4355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred   3/21/19

Last 4 digits of account number   7  6  0  0

**Is the claim subject to offset?**
☒ No
☐ Yes

$835.16

---

**3.79** | Nonpriority creditor's name and mailing address

Midsouth Rentals, LLC

P.O. Box 1993
Owensboro, Kentucky 42302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred   2/1/19

Last 4 digits of account number   1  4  5  __

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,999.86

---

**3.80** | Nonpriority creditor's name and mailing address

Midwest Mole, Inc.

6814 W. 350 N.
Greenfield, Indiana 46140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred   8/31/18

Last 4 digits of account number   3  9  8  6

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,625.38

---

**3.81** | Nonpriority creditor's name and mailing address

Midwest Rigging Supply

P.O. Box 22520
Owensboro, Kentucky 42304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred   12/7/18

Last 4 digits of account number   0  0  3  5

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,530.90

Debtor   Burlington Civil, Inc.
         Name

Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Miller Paving, Inc.

P.O. Box 571039
Murray, Utah 84157-1039

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**$1,285.59**

Basis for the claim: Open account

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Modern Supply Company, Inc.

1507 E. 15th St.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,459.28**

Basis for the claim: Open account

Date or dates debt was incurred 1/25/19

Last 4 digits of account number 0 2 0 6

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Modern Welding Co. of Owensboro, Inc.

1450 E. Parrish Ave.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$270.60**

Basis for the claim: Open account

Date or dates debt was incurred 5/13/19

Last 4 digits of account number 5 5 1 0

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

Moultrie Manufacturing Company

1403 Ga. Hwy. 133 S. P.O. Box 2948
Moultrie, Georgia 31776-2948

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,186.68**

Basis for the claim: Open account

Date or dates debt was incurred 1/31/19

Last 4 digits of account number 1 0 4 1

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

Mountain Crane

393 S. 2650 W.
Salt Lake City, Utah 84104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,531.00**

Basis for the claim: Open account

Date or dates debt was incurred 3/1/19

Last 4 digits of account number 0 0 0 1

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Burlington Civil, Inc.
         Name

Case number (if known) _____

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Murphy Excavating, LLC

9210 State Route 56
Owensboro, Kentucky 42301

Date or dates debt was incurred   3/5/19

Last 4 digits of account number   6  5  7  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$1,750.00

**3.88** Nonpriority creditor's name and mailing address

Mutual of Omaha

3300 Mutual of Omaha Plaza
Omaha, Nebraska 68175

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$882.51

**3.89** Nonpriority creditor's name and mailing address

Norman King Electric, Inc.

P.O. Box 21306
Owensboro, Kentucky 42302

Date or dates debt was incurred   3/28/19

Last 4 digits of account number   8  0  1  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$320,150.00

**3.90** Nonpriority creditor's name and mailing address

Nucor Building Systems

P.O. Box 1006
Swansea, South Carolina 29160

Date or dates debt was incurred   2/1/19

Last 4 digits of account number   R  1  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$71,680.42

**3.91** Nonpriority creditor's name and mailing address

On Time Fab, Inc.

3021 Medley Rd.
Owensboro, Kentucky 42301

Date or dates debt was incurred   4/5/19

Last 4 digits of account number   9  -  0  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$5,954.74

Debtor  Burlington Civil, Inc.
        Name

Case number *(if known)*

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.92** Nonpriority creditor's name and mailing address

Orion Construction

32 Market Ave. SW, Ste. 200

Grand Rapids, Michigan 49503

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,233.00

---

**3.93** Nonpriority creditor's name and mailing address

Owensboro Concrete Company

P.O. Box 2000

Owensboro, Kentucky 42302-2000

Date or dates debt was incurred 3/8/19

Last 4 digits of account number 1 3 7 5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,949.51

---

**3.94** Nonpriority creditor's name and mailing address

Owensboro Municipal Utilities

2070 Tamarack Rd.

Owensboro, Kentucky 42301

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$228.14

---

**3.95** Nonpriority creditor's name and mailing address

Owensboro Riverport Authority

1771 River Rd.

Owensboro, Kentucky 42301

Date or dates debt was incurred 2/7/18

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** 2/7/18 Contract

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Notice Only

---

**3.96** Nonpriority creditor's name and mailing address

Owensboro Supply Co., Inc.

P.O. Box 2029

Owensboro, Kentucky 42302-2029

Date or dates debt was incurred 4/29/19

Last 4 digits of account number 8 5 7 2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.39

---

Debtor    Burlington Civil, Inc.
         Name                                                          Case number *(if known)*

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.97** | Nonpriority creditor's name and mailing address

Pinnacle Computer Services, Inc.

640 S. Hebron Ave.
Evansville, Indiana 47714-4042

Date or dates debt was incurred    3/22/19

Last 4 digits of account number    6  3  6  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$6,568.74

---

**3.98** | Nonpriority creditor's name and mailing address

Pogue Electric Service, Inc.

106 Industrial Dr.
Greenville, Kentucky 42345

Date or dates debt was incurred    3/11/19

Last 4 digits of account number    5  -  1  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Draw per contract

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.99** | Nonpriority creditor's name and mailing address

PVF Supply Company, Inc.

P.O. Box 1796
Owensboro, Kentucky 42302

Date or dates debt was incurred    2/18/19

Last 4 digits of account number    2  8  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$3,977.72

---

**3.100** | Nonpriority creditor's name and mailing address

Raben Tire Co., LLC

P.O. Box 4835
Evansville, Indiana 47724-0835

Date or dates debt was incurred    12/6/18

Last 4 digits of account number    8  8  8  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit balance

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.101** | Nonpriority creditor's name and mailing address

Rawdon Myers, Inc.

300 Milford Parkway
Milford, Ohio 45150

Date or dates debt was incurred    1/31/19

Last 4 digits of account number    4  3  0  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$2,332.00

---

Debtor __Burlington Civil, Inc.__                          Case number *(if known)* _____
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.102**    Nonpriority creditor's name and mailing address

Regional Water Resource Agency

1722 Pleasant Valley Rd.
Owensboro, Kentucky 42303

Date or dates debt was incurred    9/21/17

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: 9/21/17 contract

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$Notice Only

---

**3.103**    Nonpriority creditor's name and mailing address

Rexel Correspondence

Attn: Credit Dept. P.O. Box 766
Addison, Texas 75001-0766

Date or dates debt was incurred    4/29/19

Last 4 digits of account number    5 5 6 8

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$Notice Only

---

**3.104**    Nonpriority creditor's name and mailing address

Road Builders, LLC d/b/a Greenville Quarries

P.O. Box 388
Greenville, Kentucky 42345

Date or dates debt was incurred    5/13/19

Last 4 digits of account number    B C I __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$2,943.03

---

**3.105**    Nonpriority creditor's name and mailing address

Robert I. Merrill Co.

4049 S. 210 W.
Salt Lake City, Utah 84107

Date or dates debt was incurred    5/13/19

Last 4 digits of account number    I C O N

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$5,565.20

---

**3.106**    Nonpriority creditor's name and mailing address

S & K Acquisition Corp.

d/b/a S & K Air Power 5650 Oak Grove Rd.
Evansville, Indiana 47715

Date or dates debt was incurred    4/15/19

Last 4 digits of account number    R 4 0 0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$Notice Only

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.107**  Nonpriority creditor's name and mailing address

Schrecker Supply Company

1100 Sweeney St.
Owensboro, Kentucky 42303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred    12/4/18
Last 4 digits of account number    7  0  7  0

Is the claim subject to offset?
☒ No
☐ Yes

$10,884.17

**3.108**  Nonpriority creditor's name and mailing address

Secure Mechanical Heating & Air Conditioning

P.O. Box 1070
Riverton, Utah

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    3/5/19
Last 4 digits of account number    5  1  6  6

Is the claim subject to offset?
☒ No
☐ Yes

$18,759.00

**3.109**  Nonpriority creditor's name and mailing address

Sherwin Williams Co.

2740 Frederica St.
Owensboro, Kentucky 42301-5442

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    3/22/19
Last 4 digits of account number    1  8  -  3

Is the claim subject to offset?
☒ No
☐ Yes

$4,485.17

**3.110**  Nonpriority creditor's name and mailing address

SLC Lawn Services

5985 Vista Mesa Dr.
West Valley City, Utah 84128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$12,460.00

**3.111**  Nonpriority creditor's name and mailing address

Smith Manus Surety Bonds

2307 River Rd., Ste. 200
Louisville, Kentucky 40206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Agent for surety

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

Debtor    Burlington Civil, Inc.
          Name                                                    Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.112** | **Nonpriority creditor's name and mailing address**

Sorensen Companies, Inc.

4185 W. 8370 S.
West Jordan, Utah 84088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Open account

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,999.35

---

**3.113** | **Nonpriority creditor's name and mailing address**

Sterett Crane & Rigging

25 Booth Field Rd.
Owensboro, Kentucky 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,351.80

---

**3.114** | **Nonpriority creditor's name and mailing address**

Sterett Equipment Company

P.O. Box 22520
Owensboro, Kentucky 42304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred          1/18/19

Last 4 digits of account number    - 0 3 6

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,502.29

---

**3.115** | **Nonpriority creditor's name and mailing address**

Sugar Steel Corporation

5401 Hwy. 41 N., Ste. 9400
Evansville, Indiana 47711-1962

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred          3/14/19

Last 4 digits of account number    7 4 7 3

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,722.92

---

**3.116** | **Nonpriority creditor's name and mailing address**

Sullivan Mountjoy Stainback

100 St. Ann St.
Owensboro, Kentucky 42301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Open account

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,668.50

---

Debtor    Burlington Civil, Inc.
          Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.117** | Nonpriority creditor's name and mailing address

Sunbelt Rentals, Inc.

1015 E. Columbia St.
Evansville, Indiana 47711

Date or dates debt was incurred     4/16/19

Last 4 digits of account number     2   4   5   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$91.33

---

**3.118** | Nonpriority creditor's name and mailing address

T.A. Gaddis Services, LLC

4677 Lonesome Pine Trail
Owensboro, Kentucky 42301

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$2,495.00

---

**3.119** | Nonpriority creditor's name and mailing address

TC Sales & Service

P.O. Box 963
Sandy, Utah 84070

Date or dates debt was incurred     3/29/19

Last 4 digits of account number     2   2   1   5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$29,660.00

---

**3.120** | Nonpriority creditor's name and mailing address

Terracon Consultants, Inc.

6949 S. High Tech Dr., Ste. 100
Midvale, Utah 84047-3707

Date or dates debt was incurred     12/20/18

Last 4 digits of account number     1   1   9   6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$2,485.50

---

**3.121** | Nonpriority creditor's name and mailing address

Thermal Design

P.O. Box 468
Madison, Nebraska 68748

Date or dates debt was incurred     5/9/19

Last 4 digits of account number     R   L   C   I

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$14,998.08

---

Debtor  Burlington Civil, Inc.
        Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

Triangle Enterprises, Inc.

3630 Cairo Rd.
Paducah, Kentucky 42001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Date or dates debt was incurred    5/8/19
Last 4 digits of account number    7  8  3  6

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.123** Nonpriority creditor's name and mailing address

Twin States Utilities & Excavation, Inc.

9344 Old Glasgow Rd.
Mt. Hermon, Kentucky 42157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$6,050.00

---

**3.124** Nonpriority creditor's name and mailing address

United Rentals

1135 S. Pioneer Rd.
Salt Lake City, Utah 84104-3716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    12/18/18
Last 4 digits of account number    6  7  9  0

Is the claim subject to offset?
☒ No
☐ Yes

$58,061.36

---

**3.125** Nonpriority creditor's name and mailing address

Utility Pipe Sales

11802 N. Green River Rd.
Evansville, Indiana 47725

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    12/19/18
Last 4 digits of account number    1  6  9  8

Is the claim subject to offset?
☒ No
☐ Yes

$27,384.49

---

**3.126** Nonpriority creditor's name and mailing address

Valor, LLC

P.O. Box 1914
Owensboro, Kentucky 42302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open account

Date or dates debt was incurred    5/16/19
Last 4 digits of account number    0  5  5  0

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

Debtor  Burlington Civil, Inc.
        Name

Case number (if known)

---

| **Part 2:** | **Additional Page** | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.127** Nonpriority creditor's name and mailing address

Vermeer of Indiana, Inc.

13402 Britton Park Rd.
Fishers, Indiana 46038

Date or dates debt was incurred    2/12/19

Last 4 digits of account number    1   0   1   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Open account

Is the claim subject to offset?
☒ No
☐ Yes

$Notice Only

---

**3.128** Nonpriority creditor's name and mailing address

Whayne Supply Company

3900 Parrish Ave.
Owensboro, Kentucky 42301

Date or dates debt was incurred    4/14/19

Last 4 digits of account number    4   3   1   0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Open account

Is the claim subject to offset?
☒ No
☐ Yes

$9,550.60

---

**3.129** Nonpriority creditor's name and mailing address

Whitehead Concrete Pumping, Inc.

14109 Moore Rd.
Marion, Illinois 62959

Date or dates debt was incurred    5/8/19

Last 4 digits of account number    3   8   6   8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Open account

Is the claim subject to offset?
☒ No
☐ Yes

$1,763.75

---

**3.130** Nonpriority creditor's name and mailing address

Xylem

9745 Hedden Rd.
Evansville, Indiana 47725

Date or dates debt was incurred    10/25/18

Last 4 digits of account number    0   6   3   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Open account

Is the claim subject to offset?
☒ No
☐ Yes

$24,261.19

---

**3.131** Nonpriority creditor's name and mailing address

Yager Materials, LLC

Yard 2 P.O. Box 2000
Owensboro, Kentucky 42302-2000

Date or dates debt was incurred    1/3/19

Last 4 digits of account number    1   4   4   4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Open account

Is the claim subject to offset?
☒ No
☐ Yes

$20,633.01

---

Debtor    Burlington Civil, Inc.
          _____
          Name

Case number *(if known)* _____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.132** Nonpriority creditor's name and mailing address

Yeiser Excavating, Inc.
_____

841 Hill Bridge Rd.
_____
Utica, Kentucky 42376
_____

Date or dates debt was incurred    7/20/18

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Open account

Is the claim subject to offset?
☒ No
☐ Yes

$11,450.00

---

**3.133** Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____

---

**3.134** Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____

---

**3.135** Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____

---

**3.136** Nonpriority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____

---

Debtor    Burlington Civil, Inc.
          Name                                                          Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Daviess County PVA<br>212 St. Ann St., Rm. 102<br>Owensboro, Kentucky, | Line 2.10<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. Southwest Regional Council of Carpenters<br>Local 801, 8149 S. Welby Park Dr.<br>West Jordan, Utah, | Line 2.13<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. Office of the Attorney General<br>Tax & Business Services Div., P.O. Box 140874<br>Salt Lake City, Utah, | Line 2.16<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. Canon Financial Services, Inc.<br>14904 Collections Center Dr.<br>Chicago, Illinois, 60693-0149 | Line 3.21<br>☐ Not listed. Explain _____ | 1 6 7 1 |
| 4.5. Yager Materials, LLC<br>701 E. 2nd St.<br>Owensboro, Kentucky, 42303 | Line 3.55<br>☐ Not listed. Explain _____ | 1 4 4 4 |
| 4.6. Haggard & Stocking<br>5318 Victory Dr.<br>Indianapolis, Indiana, 46203 | Line 3.62<br>☐ Not listed. Explain _____ | 4 0 0 6 |
| 4.7. Imperial Fastener & Industrial Supply Co.<br>4814 N. Spring St.<br>Evansville, Indiana, 47711 | Line 3.62<br>☐ Not listed. Explain _____ | 4 0 0 6 |
| 4.8. Lykins Reinforcing, Inc.<br>8568 Nash Rd.<br>Louisville, Kentucky, 40214 | Line 3.75<br>☐ Not listed. Explain _____ | 0 - # 3 |
| 4.9. McMaster-Carr Supply Company<br>600 N. County Line Rd.<br>Elmhurst, Illinois, 60126-2034 | Line 3.78<br>☐ Not listed. Explain _____ | 7 6 0 0 |
| 4.10. Midsouth Rentals, LLC<br>2396 Windhaven Dr.<br>Owensboro, Kentucky, 42303 | Line 3.79<br>☐ Not listed. Explain _____ | 1 4 5 |
| 4.11. John Deere World Headquarters<br>1 John Deere Place<br>Moline, Illinois, 61265 | Line **See**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. Sunbelt Rentals, Inc.<br>P.O. Box 409211<br>Atlanta, Georgia, 30384-9211 | Line **See**<br>☐ Not listed. Explain _____ | 2 4 5 7 |

Debtor   Burlington Civil, Inc.                                          Case number *(if known)*
         Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $29,738.51 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $2,600,822.40 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $2,630,560.91 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **Burlington Civil, Inc.**

United States Bankruptcy Court for the: **Western District of Kentucky**

Case number (If known): _____  Chapter  **7**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Unified Lease Agreement dated 4/19/17** | **Canon Solutions America, Inc.** |
| | | | **ATTN: Customer Service Dept.** |
| | State the term remaining | | **300 Commerce Square Blvd.** |
| | List the contract number of any government contract | | **Burlington          New Jersey          08016** |
| | | | **See Attachment 1** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Contract 11/14/18 2018 Sump Rehabilitation** | **City of Orem** |
| | | | **56 N. State St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Orem               Utah               84057** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Contract 2/7/18 installation of mechanical conveying equipment** | **Owensboro Riverport Authority** |
| | | | **1771 River Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Owensboro          Kentucky          42301** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Contract 9/21/17 Southwest Master Pump Station** | **Regional Water Resource Agency** |
| | | | **1722 Pleasant Valley Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Owensboro          Kentucky          42303** |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | **Contract 9/28/18 Engagement Skills Facility** | **Commonwealth of Kentucky** |
| | | | **Finance & Administration Cabinet** |
| | State the term remaining | | **403 Wapping St., Bush Bldg., 1st Fl.** |
| | List the contract number of any government contract | | **Frankfort          Kentucky          40601-2638** |

| Debtor | Burlington Civil, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest: Contract ____ 18C: Meter 80 Piping & Breeze Chemical Feed project | Granger-Hunter Improvement District |
| | | 2888 S. 3600 W. |
| | State the term remaining | |
| | List the contract number of any government contract | West Valley City          Utah          84119 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest: Contract 11/9/17 Wastewater Treatment Plant | City of Hawesville |
| | | 359 Main St. |
| | State the term remaining | |
| | List the contract number of any government contract | Hawesville          Kentucky          42348 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest: Agreement of Indemnity dated 4/3/15 | Great American Insurance Group |
| | | P.O. Box 5425 |
| | State the term remaining | |
| | List the contract number of any government contract | Cincinnati          Ohio          45201-5425 |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | Nomlaki Technologies, LLC |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest: Lease of business premises | AKS Holdings, LLC |
| | | 1801 Mohawk Dr. |
| | State the term remaining | |
| | List the contract number of any government contract | Owensboro          Kentucky          42301 |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Attachment**
**Debtor: Burlington Civil, Inc.   Case No:**

**Attachment 1**

**Additional Contacts for Executory Contract With Canon Solutions America, Inc. (ATTN: Customer Service Dept., Burlington, New Jersey 08016):**
**Canon Financial Services, Inc.**
**Attn: Customer Service Dept.**
**158 Gaither Dr., Ste. 200**
**Mt. Laurel, New Jersey 08054**

**Fill in this information to identify the case:**

Debtor name __Burlington Civil, Inc.__

United States Bankruptcy Court for the: __Western District of Kentucky__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / Mailing address | | **Name** | Check all schedules that apply: |
| 2.1 AKS Equipment, LLC | 1801 Mohawk Dr.<br>Street<br><br>Owensboro  Kentucky  42301<br>City  State  ZIP Code | Branch Banking and Trust Company | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 AKS Holdings, LLC | 1801 Mohawk<br>Street<br><br>Owensboro  Kentucky  42301<br>City  State  ZIP Code | Branch Banking and Trust Company | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 John R. Scheithe | 1801 Mohawk Dr.<br>Street<br><br>Owensboro  Kentucky  42301<br>City  State  ZIP Code | Branch Banking and Trust Company<br><br>**See Attachment 1** | ☒ D<br>☒ E/F<br>☒ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br><br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br><br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

# Attachment
# Debtor: Burlington Civil, Inc.   Case No:

**Attachment 1**

    **Branch Banking and Trust Company, Schedule E/F**

**Fill in this information to identify the case and this filing:**

Debtor Name __Burlington Civil, Inc.__

United States Bankruptcy Court for the: _____ __Western District Of Kentucky__

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

- ☐ Amended *Schedule* _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/12/2019__          ✖ __/s/John R. Scheithe_____
        MM / DD / YYYY          Signature of individual signing on behalf of debtor


                            __John R. Scheithe_____
                            Printed name

                            __President and sole shareholder_____
                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name <u>Burlington Civil, Inc.</u>

United States Bankruptcy Court for the: <u>Western District of Kentucky</u>

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2019</u><br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | <u>$2,350,192.00</u> |
| **For prior year:** | From <u>01/01/2018</u><br>MM / DD / YYYY | to | <u>12/31/2018</u><br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | <u>$5,394,186.00</u> |
| **For the year before that:** | From <u>01/01/2017</u><br>MM / DD / YYYY | to | <u>12/31/2017</u><br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | <u>$4,706,548.00</u> |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

---

| Debtor | Burlington Civil, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Airgas USA, LLC <br> Creditor's name <br> P.O. Box 9249 <br> Street <br><br> Marietta  GA  30065-2249 <br> City                State          ZIP Code | 04/24/19 <br><br> 06/21/19 <br><br><br> _____ | $6,839.85 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☒ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | Branch Banking and Trust Company <br> Creditor's name <br> 230 Frederica St. <br> Street <br><br> Owensboro  KY  42301-3003 <br> City                State          ZIP Code | 05/21/19 <br><br> 05/24/19 <br><br> 05/29/19 <br> See Attachment 1 | $71,945.64 | ☒ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ <br> See Attachment 2 |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name <br> _____ <br> Street <br> _____ <br> City         State    ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $_____ | _____ <br> _____ <br> _____ |
| 4.2. | _____ <br> Insider's name <br> _____ <br> Street <br> _____ <br> City         State    ZIP Code <br><br> **Relationship to debtor** <br> _____ | _____ <br> _____ <br> _____ | $_____ | _____ <br> _____ <br> _____ |

Debtor    Burlington Civil, Inc.
_____    Case number (if known)_____
          Name

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

### Part 3:    Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

Debtor    Burlington Civil, Inc.
_____    Case number *(if known)* _____
        Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | **Case number** | Street |
| City        State        ZIP Code | _____ | City        State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. Recipient's name | | _____ | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

| Debtor | Burlington Civil, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. R. Stephen LaPlante, Esq. | Payments on May 31 and June 24, 2019 | _____ | $10,000.00 |
| **Address** | | | |
| 101 N.W. First St., Ste. 116 | | | |
| Street | | | |
| P.O. Box 3556 | | | |
| Evansville  IN  47734 | | | |
| City            State        ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City            State        ZIP Code | | | |
| **Email or website address** | | | |
| _____ | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | _____ | | |

Debtor    Burlington Civil, Inc.
_____    Case number (if known)_____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Angela Scheithe | 2016 BMW X5 in exchange for payment of vehicle loan | 5/8/19 | $33,000.00 |
| | **Address** 1801 Mohawk Dr. Street | | | |
| | Owensboro  KY  42301 City    State    ZIP Code | | | |
| | **Relationship to debtor** None | | | |
| 13.2. | Who received transfer? | | | $_____ |
| | **Address** Street | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | | |
|---|---|---|---|---|---|
| 14.1. | Street | | From _____ | To _____ | |
| | City    State    ZIP Code | | | | |
| 14.2. | Street | | From _____ | To _____ | |
| | City    State    ZIP Code | | | | |

Debtor ___Burlington Civil, Inc._____    Case number *(if known)*_____
     Name

| Part 8: | Healthcare Bankruptcies |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. ___Employer Identification Numbers of vendors_____

    Does the debtor have a privacy policy about that information?

    ☒ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

    ☒ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

Debtor    Burlington Civil, Inc.    Case number *(if known)*_____
            Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| AAA Rent-a-Space West<br>Name<br>2731 W. Fourth St.<br>Street<br>_____<br>Owensboro  KY  42301<br>City    State    ZIP Code | John Scheithe; Mike Canary<br>_____<br>**Address**<br>2601 W. Fourth St., Owensboro,<br>Kentucky 42301 | Pumps and materials for Regional<br>Water Resource Agency job<br>_____ | ☒ No<br>☐ Yes |

Debtor    Burlington Civil, Inc.
_____    Case number (if known)_____
      Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| AKS Equipment, LLC<br>Name<br>AKS Holdings, LLC<br>Street<br>1801 Mohawk Dr.<br>Owensboro  KY  42301<br>City        State        ZIP Code | 2601 W. 4th St., Owensboro, Kentucky | Equipment (AKS Equipment); business premises (AKS Holdings) | $Unknown |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City        State        ZIP Code | City        State        ZIP Code | _____ | |

Debtor    Burlington Civil, Inc.
_____    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____   To _____ |
| | City          State          ZIP Code | | |

---

Debtor    Burlington Civil, Inc.                                    Case number (if known) _____
             Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Leigh Ann Weinzapfel, CPA<br>Name<br>1301 Mortensen Ln.<br>Street<br><br>Evansville  IN  47715<br>City                State        ZIP Code | From 08/01/2018 To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Riney Hancock, CPAs, PSC<br>Name<br>2900 Veach Rd., Ste. 2<br>Street<br><br>Owensboro  KY  42303<br>City                State        ZIP Code | From 12/01/2018 To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Weinzapfel & Co., LLC<br>Name<br>1301 Mortensen Ln<br>Street<br><br>Evansville  IN  47715<br>City                State        ZIP Code | From 01/01/2010 To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                State        ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. John and Angela Scheithe<br>Name<br>1801 Mohawk Dr.<br>Street<br><br>Owensboro  KY  42301<br>City                State        ZIP Code | _____<br>_____<br>_____ |

---

Debtor    Burlington Civil, Inc.
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Weinzapfel & Co., LLC and Riney Hancock, CPAs, PSC | _____ |
| Name | _____ |
| See above | _____ |
| Street | |
| _____ | |
| City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.2. BB&T |
| Name |
| 100 W E. Third St. |
| Street |
| Owensboro  KY  42303 |
| City                    State              ZIP Code |

| Name and address |
|---|
| 26d.2. Great American Insurance Group |
| Name |
| P.O. Box 5425 |
| Street |
| Cincinnati  OH  45201-5425 |
| City                    State              ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                    State              ZIP Code |

Debtor    Burlington Civil, Inc.
_____
          Name

Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.    _____
         Name

         _____
         Street

         _____
         City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Scheithe | 1801 Mohawk Dr., Owensboro, KY 42301 | Officer - Shareholder | 100.0000 |
| _____ | _____,___ | - _____ | _____ |
| _____ | _____,___ | - _____ | _____ |
| _____ | _____,___ | - _____ | _____ |
| _____ | _____,___ | - _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____,___ | - _____ | From _____ To _____ |
| _____ | _____,___ | - _____ | From _____ To _____ |
| _____ | _____,___ | - _____ | From _____ To _____ |
| _____ | _____,___ | - _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  John Scheithe | $125,000.00 annually | Paid | Salary |
| Name | | | |
| 1801 Mohawk Dr. | | bi-weekly | |
| Street | | | |
| Owensboro  KY  42301 | | _____ | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    Burlington Civil, Inc.                                          Case number (if known)
            Name

| Name and address of recipient | | | |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/12/2019
                MM  / DD  / YYYY

✗ /s/John R. Scheithe                              Printed name  John R. Scheithe
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President and sole shareholder

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

# Attachment    (1/4)
## Debtor: Burlington Civil, Inc.   Case No:

**Attachment 1**

    **Additional Payments to Branch Banking and Trust Company: 31 May 2019**

**Attachment 2 Additional Payments or Transfers to Creditors:**

    **Creditor's Name: BD Jones**
    **Date of Payments or Transfers: April 24, 2019**
    **Total Amount or Value: $133,273.56**

    **Creditor's Name: Comfort Design Heating & A/C, Inc.**
    **Creditor's Address: 1330 Burlew Blvd., Owensboro, Kentucky 42303**
    **Date of Payments or Transfers: June 18, 2019**
    **Total Amount or Value: $14,375.52**
    **Reasons for Payment or Transfer: Suppliers or vendors**

    **Creditor's Name: Culy Contracting, LLC**
    **Creditor's Address: 5 Industrial Park Dr., Winchester, Indiana 47394**
    **Date of Payments or Transfers: April 18, 2019**
    **Total Amount or Value: $23,400.00**
    **Reasons for Payment or Transfer: Suppliers or vendors**

    **Creditor's Name: Evoqua**
    **Date of Payments or Transfers: April 12, 2019**
    **Total Amount or Value: $28,754.22**
    **Reasons for Payment or Transfer: Suppliers or vendors**

    **Creditor's Name: Ferguson Waterworks**
    **Creditor's Address: 1492 S. 4450 W., Salt Lake City, Utah 84104-5022**
    **Date of Payments or Transfers: April 24, 2019; June 21, 2019**
    **Total Amount or Value: $24,505.93**
    **Reasons for Payment or Transfer: Suppliers or vendors**

    **Creditor's Name: Flo Trend**
    **Date of Payments or Transfers: April 12, 2019; June 21, 2019**
    **Total Amount or Value: $46,618.80**
    **Reasons for Payment or Transfer: Suppliers or vendors**

    **Creditor's Name: German American**
    **Date of Payments or Transfers: May 31, 2019**
    **Total Amount or Value: $9,330.03**
    **Reasons for Payment or Transfer: Services**

    **Creditor's Name: Great Lakes Power Service**
    **Date of Payments or Transfers: April 12, 2019**
    **Total Amount or Value: $18,730.00**
    **Reasons for Payment or Transfer: Services**

    **Creditor's Name: Industrial Trade Services**
    **Date of Payments or Transfers: April 25, 2019; May 24, 2019**
    **Total Amount or Value: $14,439.07**
    **Reasons for Payment or Transfer: Services**

    **Creditor's Name: IUOE Local 181**
    **Creditor's Address: 700 N. Elm St., Henderson, Kentucky 42419-0034**

## Attachment    (2/4)
## Debtor: Burlington Civil, Inc.   Case No:

**Date of Payments or Transfers: April 12, 2019; May 15, 2019; June 15, 2019**
**Total Amount or Value: $11,175.13**
**Reasons for Payment or Transfer: Central Pension Fund**

**Creditor's Name: IUOE Local 181**
**Creditor's Address: 700 N. Elm St., Henderson, Kentucky 42419-0034**
**Date of Payments or Transfers: April 12, 2019; May 15, 2019; June 15, 2019**
**Total Amount or Value: $14,613.63**
**Reasons for Payment or Transfer: Health & Welfare Fund**

**Creditor's Name: IUOE Local 03**
**Creditor's Address: 8805 S. Sandy Parkway, Sandy, Utah 84070**
**Date of Payments or Transfers: April 12, 2019; May 15, 2019; June 15, 2019**
**Total Amount or Value: $10,916.07**
**Reasons for Payment or Transfer: Union dues**

**Creditor's Name: Ironworkers Local 103**
**Creditor's Address: 5313 Old Boonville Hwy., Evansville, Indiana 47715**
**Date of Payments or Transfers: May 15, 2019; June 15, 2019**
**Total Amount or Value: $33,593.04**
**Reasons for Payment or Transfer: Fringe benefits fund**

**Creditor's Name: Jones Excavating**
**Date of Payments or Transfers: April 18, 2019**
**Total Amount or Value: $31,160.00**
**Reasons for Payment or Transfer: Suppliers or vendors**

**Creditor's Name: Commonwealth of Kentucky, Dept. of Revenue**
**Creditor's Address: Legal Support Branch, P.O. Box 5222, Frankfort, Kentucky 40602**
**Date of Payments or Transfers: April 15, 2019; April 29, 2019; May 13, 2019; May 15, 2019; May 15, 2019; May 15, 2019; May 29, 2019**
**Total Amount or Value: $10,110.89**
**Reasons for Payment or Transfer: Taxes**

**Creditor's Name: Lone Peak Masonry, LLC**
**Creditor's Address: 404 E. Azure Circle, Draper, Utah 84020**
**Date of Payments or Transfers: June 7, 2019**
**Total Amount or Value: $14,598.90**
**Reasons for Payment or Transfer: Services**

**Creditor's Name: Lynn Steinhiser**
**Date of Payments or Transfers: April 25, 2019**
**Total Amount or Value: $12,500.00**

**Creditor's Name: Mike Canary**
**Date of Payments or Transfers: April 5, 2019; May 3, 2019; May 31, 2019; June 17, 2019**
**Total Amount or Value: $9,663.42**

**Creditor's Name: Pacific Corrugated Pipe Co.**
**Date of Payments or Transfers: April 18, 2019**
**Total Amount or Value: $19,818.24**
**Reasons for Payment or Transfer: Suppliers or vendors**

## Attachment    (3/4)
## Debtor: Burlington Civil, Inc.   Case No:

Creditor's Name: Rawdon Myers
Date of Payments or Transfers: April 12, 2019
Total Amount or Value: $8,352.00
Reasons for Payment or Transfer: Unsecured loan repayments       Suppliers or vendors

Creditor's Name: Carpenters Local 224
Creditor's Address: 5370 Covert Ct., Newburgh, Indiana 47630
Date of Payments or Transfers: April 16, 2019; May 22, 2019
Total Amount or Value: $57,021.43
Reasons for Payment or Transfer: Union dues - Locals 224 & 1076

Creditor's Name: Sterett Equipment Company
Creditor's Address: P.O. Box 22520, Owensboro, Kentucky 42304
Date of Payments or Transfers: April 28, 2019
Total Amount or Value: $11,083.36
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Sugar Steel Corporation
Creditor's Address: 5401 Hwy. 41 N., Ste. 9400, Evansville, Indiana 47711-1962
Date of Payments or Transfers: May 6, 2019; June 13, 2019
Total Amount or Value: $12,663.89
Reasons for Payment or Transfer: Suppliers or vendors

Creditor's Name: Sunbelt Rentals, Inc.
Creditor's Address: 1015 E. Columbia St., Evansville, Indiana 47711
Date of Payments or Transfers: June 14, 2019
Total Amount or Value: $13,468.25
Reasons for Payment or Transfer: Services

Creditor's Name: Plumbers and Pipefitters Local 633
Creditor's Address: 3128 Alvey Park Dr. W., Owensboro, Kentucky 42303
Date of Payments or Transfers: April 10, 2019; May 15, 2019; June 15, 2019
Total Amount or Value: $13,940.60
Reasons for Payment or Transfer: Health & Welfare Trust

Creditor's Name: Plumbers and Pipefitters Local 633
Creditor's Address: 3128 Alvey Park Dr. W., Owensboro, Kentucky 42303
Date of Payments or Transfers: April 10, 2019; May 15, 2019; June 15, 2019
Total Amount or Value: $11,022.80
Reasons for Payment or Transfer: Pension fund

Creditor's Name: United Rentals
Creditor's Address: 1135 S. Pioneer Rd., Salt Lake City, Utah 84104-3716
Date of Payments or Transfers: April 24, 2019; May 22, 2019
Total Amount or Value: $21,726.49
Reasons for Payment or Transfer: Services

Creditor's Name: Internal Revenue Service
Creditor's Address: P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346
Date of Payments or Transfers: April 15, 2019; April 15, 2019; April 19, 2019; April 25, 2019; May 2, 2019; May 13, 2019; May 22, 2019; May 28, 2019; June 3, 2019; June 13, 2019; June 14, 2019; June 19, 2019
Total Amount or Value: $89,475.13

## Attachment      (4/4)
## Debtor: Burlington Civil, Inc.   Case No:

**Reasons for Payment or Transfer: Withholding taxes**

**Creditor's Name: Ziemer, Stayman, Weitzel & Shoulders**
**Date of Payments or Transfers: May 31, 2019; June 14, 2019**
**Total Amount or Value: $8,899.50**
**Reasons for Payment or Transfer: Services**

**Creditor's Name: AKS Equipment, LLC**
**Creditor's Address: c/o John Scheithe, Registered Agent, 2601 W. 4th St., Owensboro, Kentucky 42301**
**Date of Payments or Transfers: April 10, 2019; April 26, 2019; May 2, 2019; May 10, 2019; May 22, 2019**
**Total Amount or Value: $18,500.00**
**Reasons for Payment or Transfer: Rent of equipment**

**Creditor's Name: AKS Holdings, LLC**
**Creditor's Address: c/o John Scheithe, Registered Agent, 1801 Mohawk Dr., Owensboro, Kentucky 42301**
**Date of Payments or Transfers: April 26, 2019; May 29, 2019**
**Total Amount or Value: $8,000.00**
**Reasons for Payment or Transfer: Lease of business premises**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### WESTERN DISTRICT OF KENTUCKY

**In re**    **Burlington Civil, Inc.**

Case No. _____

**Debtor**

Chapter **7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**10,000.00**_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $**9,665.00**_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**335.00**_____

2.    The source of the compensation paid to me was:

☐ Debtor          ☒ Other (specify) **Prepetition fees at $275.00/hr. for attorney & $150.00/hr. for paralegal**

3.    The source of compensation to be paid to me is:

☐ Debtor          ☒ Other (specify) **Counsel has been paid $9,665.00 from $10,000.00 retainer**

4.    ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

   e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **representation in adversary proceedings or disputed matters, if any**

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td><u>**July 12, 2019**</u><br>*Date*</td><td><u>**/s/R. Stephen LaPlante**</u><br>*Signature of Attorney*</td></tr>
<tr><td></td><td><u>**LaPlante LLP**</u><br>*Name of law firm*</td></tr>
</table>

A.B.C. Rental Center, Inc.
1301 Daviess St.
Owensboro,KY 42303

Ace's Sporting Goods
1265 Highway 3543
Hawesville,KY 42348

Airgas USA, LLC
P.O. Box 9249
Marietta,GA 30065-2249

AKS Holdings, LLC
1801 Mohawk Dr.
Owensboro,KY 42301

All-Star Waste Services, Inc.
P.O. Box 104
Maceo,KY 42355

American Engineers, Inc.
65 Aberdeen Dr.
Glasgow,KY 42141

American Express
P.O. Box 981535
El Paso,TX 79998-1535

American Society of Civil Engineers
1801 Alexander Bell Dr.
Reston,VA 20191

Austin Insulation, LLC
745 Corrine Ave.
Memphis,TN 38107

A-West Side Towing
2029 Lancaster Ave.
Owensboro,KY 42301


Barnhart
1120 Ewing Rd.
Owensboro,KY 42301


Barricade Services & Sales, Inc.
P.O. Box 1406
West Jordan,UT 84084


Big River Rubber & Gasket Co., Inc.
214 W. 10th St.
Owensboro,KY 42302-0369


Black Equipment Co., Inc.
1187 Burch Dr.
Evansville,IN 47725


Blue Moon Environmental
140 Luke Mercer Rd.
Reynolds Station,KY 42368


Booker Electric
220 Hamilton Ave.
Owensboro,KY 42303


Booker's Service Station
2821 W. Parrish Ave.
Owensboro,KY 42301


Bowen Thread Auto Service
501 Triplett St.
Owensboro,KY 42303

Branch Banking and Trust Company
230 Frederica St.
Owensboro,KY 42301


Branch Banking and Trust Company
230 Frederica St.
Owensboro,KY 42301-3003


Business Equipment Dist., Inc.
275 Klutey Park Plaza Dr.
Henderson,KY 42420


Canon Financial Services, Inc.
P.O. Box 5008
Mt. Laurel,NJ 08054


Canon Financial Services, Inc.
14904 Collections Center Dr.
Chicago,IL 60693-0149


Canon Financial Services, Inc.
Attn:  Customer Service Dept.
158 Gaither Dr., Ste. 200
Mt. Laurel,NJ 08054


Canon Solutions America, Inc.
ATTN:  Customer Service Dept.
300 Commerce Square Blvd.
Burlington,NJ 08016


Carpenters Local 224
5370 Covert Ct.
Newburgh,IN 47630


Carter Lumber/Kight Lumber
2301 Windhaven Dr.
Owensboro,KY 42303

CES, LLC
18038 Belgium St.
Leopold,IN 47551


Cintas Corporation
7233 Enterprise Park Dr.
Evansville,IN 47715


City of Hawesville
359 Main St.
Hawesville,KY 42348


City of Orem
56 N. State St.
Orem,UT 84057


Clean Green Porta Potties, LLC
P.O. Box 21622
Owensboro,KY 42304


Comfort Design Heating & A/C, Inc.
1330 Burlew Blvd.
Owensboro,KY 42303


Commercial Door and Hardware
1117 N. 8th St.
Paducah,KY 42001


Commonwealth of Kentucky
Finance & Administration Cabinet
403 Wapping St., Bush Bldg., 1st Fl.
Frankfort,KY 40601-2638


Commonwealth of Kentucky, Dept. of Reven
Legal Support Branch
P.O. Box 5222
Frankfort,KY 40602

Commonwealth of Kentucky, Finance & Adm.
403 Wapping St.
Bush Bldg., 1st Fl.
Frankfort,KY 40601-2638


Consolidated Pipe & Supply Co., Inc.
768 Interstate Dr.
Bowling Green,KY 42101


Culy Contracting, LLC
5 Industrial Park Dr.
Winchester,IN 47394


D & D Global
2672 Rock Ridge Dr.
Rock Valley,IA 51247


Daviess County PVA
212 St. Ann St., Rm. 102
Owensboro,KY 42303


Double D Electrical & Instrumentation, I
1321 S. Earl Dr., Ste. A
Salt Lake City,UT 84104


EBN Construction & Industrial Supplies
1701 E. Columbia St.
Evansville,IN 47711


Edwards Concrete Construction, Inc.
1550 Yokel Rd.
Evansville,IN 47711


EFCO
1000 County Rd.
Monett,MO 65708

Elder Pipe & Supply Co., Inc.
1615 Sweeney St.
Owensboro,KY 42303


Empire Supply, LLC
1904 Ragu Dr.
Owensboro,KY 42303


Enviro-Care
1570 St. Paul Ave.
Gurnee,IL 60031


Erosion Resources & Supply, Inc.
900 N. Baker Rd.
Boonville,IN 47601


Fastenal
1627 Sweeney St.
Owensboro,KY 42303


Ferguson Waterworks
1492 S. 4450 W.
Salt Lake City,UT 84104-5022


First Insurance
450 Skokie Blvd., Ste. 1000
Northbrook,IL 60062


Gardner Engineering & Consulting, PLLC
1030 Burlew Blvd., Bldg. B, Ste. 2
Owensboro,KY 42303


Geneva Pipe
1465 W. 400 N.
Orem,UT 84057

Geneva Rock Products
302 W 5400 S
Ste. 200
Murray,UT 84107


Gerdts Concrete
3950 S. 500 W.
Millcreek,UT

German American Insurance
P.O. Box 360
Jasper,IN 47547-0360


Goedecke Construction Equipment and Supp
812 E. Taylor Ave.
St. Louis,MO 63147


Granger-Hunter Improvement District
2888 S. 3600 W.
West Valley City,UT 84119


Great American Insurance Group
P.O. Box 5425
Cincinnati,OH 45201-5425


Greenwell Chisholm Printing Company
211 W. 9th St.
Owensboro,KY 42303


Hagerty Steel & Aluminum Company
601 N. Main St.
East Peoria,IL 61611-6130


Haggard & Stocking
5318 Victory Dr.
Indianapolis,IN 46203

Hancock County Ready Mixed
P.O. Box 2000
Owensboro,KY 42302-2000


Hannan Supply Co.
P.O. Box 270
Paducah,KY 42001-0270


Harper Precast
P.O. Box 18549
Salt Lake City,UT

Heritage - Crystal Clean
2700 East Side Park Rd.
Evansville,IN 47715


Honey Bucket
P.O. Box 73399
Puyallup,WA 98373-0399


Hospice of Western Kentucky
3419 Wathens Crossing
Owensboro,KY 42301


HP Thompson Companies
101 Main St., Ste. 300
Milford,OH 45150


Idaho State Tax Commission
P.O. Box 36
Boise,ID 83722-0410


Imperial Fastener & Industrial Supply Co
5318 Victory Dr.
Indianapolis,IN 46203

Imperial Fastener & Industrial Supply Co
4814 N. Spring St.
Evansville,IN 47711


IN/KY/OH Regional Council of Carpenters
Local 1076
771 Greenwood Springs Dr.
Greenwood,IN 46143


Indiana Department of Revenue
100 N. Senate Ave., Rm. N203-Bankruptcy
Indianapolis,IN 46204


Industrial Trade Services
111 S. 1st St.
Monmouth,IL 61462


Integrity Testing & Inspection, Inc.
3861 Vincent Station Dr.
Owensboro,KY 42303


Internal Revenue Service
P.O. Box 7346
Philadelphia,PA 19101-7346


Ironworkers Local 103
5313 Old Boonville Hwy.
Evansville,IN 47715


Irving Materials, Inc.
1440 Selinda Ave.
Louisville,KY 40213-1954


IUOE Local 03
8805 S. Sandy Parkway
Sandy,UT 84070

IUOE Local 181
700 N. Elm St.
Henderson,KY 42419-0034


J. H. Botts, LLC
253 Bruce St.
Joliet,IL 60432


J. I. Hass Company, Inc.
P.O. Box 1635
Owensboro,Ken 42302-1635


John and Angela Scheithe
1801 Mohawk Dr.
Owensboro,KY 42301


John Deere Financial
P.O. Box 6630
Johnston,IA 50131


John Deere World Headquarters
1 John Deere Place
Moline,IL 61265


KCIT
120 W. State St.
Frankfort,KY 40601


Kentucky Dept. of Revenue PVA
501 High St., 4th Fl, Station 32
Frankfort,KY 40601-2103


Kentucky Office of Unemployment Insuranc
275 E. Main St., 2WB
Frankford,KY 40601

```
Kentucky Testing, Inc.
100 Muirfield Dr.
Princeton,KY 42445


Komatsu Equipment
1486 S. Distribution Dr.
Salt Lake City,UT 84104


L & W Supply Corporation
1515 E. 9th St.
Owensboro,KY 42303


Lone Peak Masonry, LLC
404 E. Azure Circle
Draper,UT 84020


Lykins Reinforcing, Inc.
P.O. Box 21325
Louisville,KY 40221


Lykins Reinforcing, Inc.
8568 Nash Rd.
Louisville,KY 40214


Malone Lumber
204 W. Depot St.
Greenville,KY 42345


McElroy Metal
17031 Koala Rd.
Adelanto,CA 92301


McMaster-Carr Supply Company
P.O. Box 4355
Chicago,IL 60680-4355
```

McMaster-Carr Supply Company
600 N. County Line Rd.
Elmhurst,IL 60126-2034


Midsouth Rentals, LLC
P.O. Box 1993
Owensboro,KY 42302


Midsouth Rentals, LLC
2396 Windhaven Dr.
Owensboro,KY 42303


Midwest Mole, Inc.
6814 W. 350 N.
Greenfield,IN 46140


Midwest Rigging Supply
P.O. Box 22520
Owensboro,KY 42304


Miller Paving, Inc.
P.O. Box 571039
Murray,UT 84157-1039


Modern Supply Company, Inc.
1507 E. 15th St.
Owensboro,KY 42303


Modern Welding Co. of Owensboro, Inc.
1450 E. Parrish Ave.
Owensboro,KY 42303


Moultrie Manufacturing Company
1403 Ga. Hwy. 133 S.
P.O. Box 2948
Moultrie,GA 31776-2948

Mountain Crane
393 S. 2650 W.
Salt Lake City,UT 84104


Murphy Excavating, LLC
9210 State Route 56
Owensboro,KY 42301


Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha,NE 68175


Nomlaki Technologies, LLC


Norman King Electric, Inc.
P.O. Box 21306
Owensboro,KY 42302


Nucor Building Systems
P.O. Box 1006
Swansea,SC 29160


Office of the Attorney General
Tax & Business Services Div.
P.O. Box 140874
Salt Lake City,UT 84114-0874


On Time Fab, Inc.
3021 Medley Rd.
Owensboro,KY 42301


Orion Construction
32 Market Ave. SW, Ste. 200
Grand Rapids,MI 49503

Owensboro Concrete Company
P.O. Box 2000
Owensboro,KY 42302-2000


Owensboro Municipal Utilities
2070 Tamarack Rd.
Owensboro,KY 42301


Owensboro Riverport Authority
1771 River Rd.
Owensboro,KY 42301


Owensboro Supply Co., Inc.
P.O. Box 2029
Owensboro,KY 42302-2029


Pinnacle Computer Services, Inc.
640 S. Hebron Ave.
Evansville,IN 47714-4042


Plumbers and Pipefitters Local 633
3128 Alvey Park Dr. W.
Owensboro,KY 42303


Pogue Electric Service, Inc.
106 Industrial Dr.
Greenville,KY 42345


PVF Supply Company, Inc.
P.O. Box 1796
Owensboro,KY 42302


Raben Tire Co., LLC
P.O. Box 4835
Evansville,IN 47724-0835

Rawdon Myers, Inc.
300 Milford Parkway
Milford,OH 45150


Regional Water Resource Agency
1722 Pleasant Valley Rd.
Owensboro,KY 42303


Rexel Correspondence
Attn:  Credit Dept.
P.O. Box 766
Addison,TX 75001-0766


Road Builders, LLC d/b/a Greenville Quar
P.O. Box 388
Greenville,KY 42345


Robert I. Merrill Co.
4049 S. 210 W.
Salt Lake City,UT 84107


S & K Acquisition Corp.
d/b/a S & K Air Power
5650 Oak Grove Rd.
Evansville,IN 47715


Schrecker Supply Company
1100 Sweeney St.
Owensboro,KY 42303


Secure Mechanical Heating & Air Conditio
P.O. Box 1070
Riverton,UT


Sherwin Williams Co.
2740 Frederica St.
Owensboro,KY 42301-5442

SLC Lawn Services
5985 Vista Mesa Dr.
West Valley City,UT 84128


Smith Manus Surety Bonds
2307 River Rd., Ste. 200
Louisville,KY 40206


Sorensen Companies, Inc.
4185 W. 8370 S.
West Jordan,UT 84088


Southwest Regional Council of Carpenters
Local 801
533 S. Fremont Ave., 10th Fl.
Los Angeles,CA 90071


Southwest Regional Council of Carpenters
Local 801
8149 S. Welby Park Dr.
West Jordan,UT 84088


Sterett Crane & Rigging
25 Booth Field Rd.
Owensboro,KY 42301


Sterett Equipment Company
P.O. Box 22520
Owensboro,KY 42304


Sugar Steel Corporation
5401 Hwy. 41 N., Ste. 9400
Evansville,IN 47711-1962


Sullivan Mountjoy Stainback
100 St. Ann St.
Owensboro,KY 42301

Sunbelt Rentals, Inc.
1015 E. Columbia St.
Evansville,IN 47711


Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta,GA 30384-9211


T.A. Gaddis Services, LLC
4677 Lonesome Pine Trail
Owensboro,KY 42301


TC Sales & Service
P.O. Box 963
Sandy,UT 84070


Tennessee Dept. of Labor and Workforce D
220 French Landing Dr.
Nashville,TN 37243


Terracon Consultants, Inc.
6949 S. High Tech Dr., Ste. 100
Midvale,UT 84047-3707


Thermal Design
P.O. Box 468
Madison,NE 68748


Triangle Enterprises, Inc.
3630 Cairo Rd.
Paducah,KY 42001


Twin States Utilities & Excavation, Inc.
9344 Old Glasgow Rd.
Mt. Hermon,KY 42157

```
United Rentals
1135 S. Pioneer Rd.
Salt Lake City,UT 84104-3716


Utah Dept. Workforce Services
P.O. Box 45249
Salt Lake City,UT 84145-0249


Utah State Tax Commission
Taxpayer Services
210 N. 1950 W.
Salt Lake City,UT 84134


Utility Pipe Sales
11802 N. Green River Rd.
Evansville,IN 47725


Valor, LLC
P.O. Box 1914
Owensboro,KY 42302


Vermeer of Indiana, Inc.
13402 Britton Park Rd.
Fishers,IN 46038


Wells Fargo Auto
MAC T9017-026
P.O. Box 168048
Irving,TX 75016-8048


Wells Fargo Auto
MAC T9017-026
P.o. Box 168048
Irving,TX 75016-8048


Whayne Supply Company
3900 Parrish Ave.
Owensboro,KY 42301
```

```
Whitehead Concrete Pumping, Inc.
14109 Moore Rd.
Marion,IL 62959


Xylem
9745 Hedden Rd.
Evansville,IN 47725


Yager Materials, LLC
Yard 2
P.O. Box 2000
Owensboro,KY 42302-2000


Yager Materials, LLC
701 E. 2nd St.
Owensboro,KY 42303


Yeiser Excavating, Inc.
841 Hill Bridge Rd.
Utica,KY 42376
```

**UNITED STATES BANKRUPTCY COURT**
**Western District of Kentucky**

In re:

**Burlington Civil, Inc.** _____

_____
**Debtors**

Case No. _____

Chapter **7** _____

# VERIFICATION OF CREDITOR MATRIX

    The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **July 12, 2019** _____

Signed:  **/s/John R. Scheithe** _____

Dated:   _____

Signed:  _____

**/s/R. Stephen LaPlante**
**R. Stephen LaPlante**
**Attorney for Debtor(s)**
**Bar no.: 8687-82**
**101 NW 1st St., Ste. 116, P.O. Box 3556**
**Evansville, Indiana 47734-3556**
**Telephone No: (812) 463-6093**
**Fax No: (812) 463-6094**

**E-mail address:**