# Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | PO Box 1072, Prospect, KY 40059 502–744–6484 mwheatleytr@gmail.com |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252–1377; 502–587–8787; rkeats@bellsouth.net |
| William W. Lawrence | Electronic documents via email only | wlch7ecf@gmail.com |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via DocLink<br>Via email, by Adobe Acrobat & Bookmarked | www.doclink.bms7.com burnstrustee@bellsouth.net |
| Mark H. Flener | Via DocLink<br>Electronic format via email | www.doclink.bms7.com mflener@bellsouth.net deannalancaster@bellsouth.net |
| Alicia C. Johnson | Via DocLink<br>Electronic format via email | www.doclink.bms7.com bkalicia@hotmail.com bk_bruce@hotmail.com KY52@ecfcbis.com |
| **Owensboro** | | |
| Harry L. Mathison | Prefer emailed documents | hmathison@kdblaw.com |
| Bradley Salyer | Electronic format via email | salyertrustee@gmail.com |

```
                          United States Bankruptcy Court
                           Western District of Kentucky
In re:                                                      Case No. 19-40608-thf
Burlington Civil, Inc.                                      Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0644-4          User: tpreston              Page 1 of 1         Date Rcvd: Jul 15, 2019
                              Form ID: 254                Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Burlington Civil, Inc.,    P.O. Box 845,    Owensboro, KY 42302-0845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Bradley Salyer    salyertrustee@gmail.com,    bss@trustesolutions.net
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              R. Stephen LaPlante    on behalf of Debtor    Burlington Civil, Inc. slaplante@laplantellp.com,
               rallen@laplantellp.com
                                                                                             TOTAL: 3
```