UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

In re: )
)
)
BURLINGTON CIVIL, INC. ) Case No. 19-40608-thf
) Chapter 7
Debtor. )
) Judge

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Paul T. Berkowitz of PAUL T. BERKOWITZ & ASSOCIATES, LTD., hereby files his appearance as attorney for the following creditors:

-INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND;
-INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED
   CONTRIBUTION PENSION TRUST FUND;
-INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND;
-INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT
   APPRENTICESHIP AND TRAINING FUND; and,
-INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS.

I request notices of all proceedings and copies of all papers filed in this case.

July 30, 2019                      **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

                                   By: _____/s/ Paul T. Berkowitz_____

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, IL 60602
(312) 419-0001
(312) 419-0002
Attorney No. 86333
paul@ptblaw.com

## CERTIFICATE OF SERVICE

This will certify that on this 30th day of July, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following entities and individuals:

| | |
|---|---|
| Charles R. Merrill | ustpregion08.lo.ecf@usdoj.gov |
| Harry L. Mathison | hmathisontrustee@kdblaw.com |
| R. Stephen LaPlante | slaplante@laplantellp.com |
| Edward M King | tking@fbtlaw.com |
| Martin B. Tucker | martin.tucker@dinsmore.com |

and by regular U.S. mail, postage prepaid, on:

Burlington Civil, Inc.
P.O. Box 845
Owensboro, KY 42301

/s/Paul T. Berkowitz

Paul T. Berkowitz
PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, IL 60602
(312) 419-0001
(312) 419-0002
Attorney No. 86333
paul@ptblaw.com