**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-40608 |
| Burlington Civil, Inc., | Chapter 7 |
| Debtor. | Hon. Thomas H. Fulton |

**ORDER APPROVING JOINT EXPEDITED JOINT EXPEDITED
MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

Upon the motion (the "Motion") of the chapter 7 trustee (the "Trustee") and Great American Insurance Company ("Great American") for relief from stay to authorize the Trustee's rejection of the Project Contracts[1] and related relief, and it appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and adequate notice of this Motion and the hearing therein has been given; and sufficient cause appearing therefor; it is

1. ORDERED, that the Motion is hereby granted; and it is further

2. ORDERED, that the Project Contracts are hereby abandoned pursuant 11 U.S.C. § 554; and it is further

3. ORDERED, that the automatic stay imposed in this case pursuant to 11 U.S.C. § 362(a) be and is hereby modified to permit Great American to facilitate completion of the Projects; and it is further

4. ORDERED, that, pursuant to Great American's equitable subrogation rights, Great American is permitted and authorized to collect and use the Project Proceeds for completion of the Projects and to exercise any and all setoff rights of the Owners; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5. ORDERED, that this Order shall be immediately effective and the provisions of Rule 4001(d)(1)-(3) of the Federal Rules of Bankruptcy Procedure shall not apply as the terms of this Order are sufficient to afford reasonable notice of the material provisions of this Order and opportunity for a hearing; and it is finally

6. ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

*[signature: Thomas H. Fulton]*

Thomas H. Fulton
United States Bankruptcy Judge

Dated: August 14, 2019

AGREED:

/s/ Harry L. Mathison
Harry L. Mathison
P.O. Box 43
Henderson, KY 42420
Office:  (270) 827-1852
Fax:     (270) 826-7729
e-mail:  hmathison@kdblaw.com
*Chapter 7 Trustee*

/s/ Edward M. King
Edward M. King
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
e-mail:  tking@fbtlaw.com
*Attorneys for Great American Insurance Company*